# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WELLS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S. DISTRICT COURT,<br><br>　　　　　Respondent. | Case No. CV 10-9713 DOC (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the concurrently filed Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: January 4, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE